Jennifer L. Santa Maria CA Bar No. 225875
jennifer.santamaria@ogletree.com
Catherine J. Gallagher CA Bar No. 285864
catherine.gallagher@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
4370 La Jolla Village Drive, Suite 990
San Diego, CA 92122
Telephone: 858-652-3100
Facsimile: 858-652-3101

J.P. Schreiber CA Bar No. 317829
john.schreiber@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870

Attorneys for Defendant FORCEPOINT LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINTON JEW,<br><br>    Plaintiff,<br><br>v.<br><br>FORCEPOINT LLC,<br><br>    Defendant. | Case No. 4:19-cv-08013-HSG<br><br>**DEFENDANT FORCEPOINT LLC'S REQUEST AND ORDER FOR LEAD TRIAL COUNSEL TO APPEAR TELEPHONICALLY AT THE MARCH 10, 2020 CASE MANAGEMENT CONFERENCE** |

In accordance with Civil Local Rule 16-10, Defendant Forcepoint LLC ("Forcepoint") respectfully requests that this Court permit its attorney of record, Jennifer L. Santa Maria, to attend by telephone the March 10, 2020 Case Management Conference in this matter. Good cause exists to grant the request, for the reasons set forth below:

1. Forcepoint's lead trial counsel, Jennifer L. Santa Maria, resides in San Diego County, outside of this judicial district.

2. Counsel believes that she can adequately represent the interests of Forcepoint via a telephonic appearance, and save time and expense of traveling from San Diego County to the Bay Area.

WHEREFORE, for good cause shown, Forcepoint respectfully moves this Court for an Order permitting lead trial counsel Jennifer L. Santa Maria to attend the March 10, 2020 Case Management Conference telephonically.

DATED: March 3, 2020

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Jennifer L. Santa Maria*
Jennifer L. Santa Maria
Catherine J. Gallagher
J.P. Schreiber
Attorneys for Defendant FORCEPOINT LLC

**ORDER**

Defendant Forcepoint LLC's request for Jennifer L. Santa Maria to appear by telephone for the Case Management Conference scheduled for March 10, 2020 is hereby GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

DATED: 3/4/2020

_____
The Hon. Haywood S. Gilliam, Jr.
U.S. District Court Judge
Northern District of California