1  Jennifer L. Santa Maria CA Bar No. 225875
   jennifer.santamaria@ogletree.com
2  Catherine J. Gallagher CA Bar No. 285864
   catherine.gallagher@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
4  4370 La Jolla Village Drive, Suite 990
   San Diego, CA  92122
5  Telephone:     858-652-3100
   Facsimile:     858-625-3101
6
7  J.P. Schreiber CA Bar No. 317829
   john.schreiber@ogletree.com
8  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
   Steuart Tower, Suite 1300
9  One Market Plaza
   San Francisco, CA  94105
10 Telephone:  415.442.4810
   Facsimile:  415.442.4870
11
   Counsel for Defendant FORCEPOINT, LLC
12
   Katharine Chao, CA Bar No. 247571
13 Christian Schreiber, CA Bar No. 245597
   OLIVIER SCHREIBER & CHAO, LLP
14 201 Filbert Street, Suite 201
   San Francisco, CA 94133
15 Tel.:           (415) 484-0980
   Fax.:           (415) 658-7758
16 Email:          kathy@osclegal.com
                   christian@osclegal.com
17
   Counsel for Plaintiff WINTON JEW
18

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINTON JEW,<br><br>            Plaintiff,<br><br>      v.<br><br>FORCEPOINT LLC,<br><br>            Defendant. | Case No. 4:19-cv-08013-HSG<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER REGARDING FILING OF**<br>**FIRST AMENDED COMPLAINT** |

Plaintiff WINTON JEW ("Plaintiff") and Defendant FORCEPOINT LLC ("Defendant") (collectively, "the Parties") hereby submit the following Stipulation and Proposed Order for Plaintiff to file a First Amended Complaint ("FAC").

## RECITALS

WHEREAS, Plaintiff filed his original complaint in this action on December 6, 2019;

WHEREAS, Defendant filed its answer on January 3, 2020;

WHEREAS, on March 17, 2020, the Court entered a Scheduling Order that sets a May 1, 2020 deadline for amendment of pleadings/joinder (*see* Dkt. No. 31);

WHEREAS, Plaintiff now seeks to file a FAC to add his Seventh and Eighth Causes of Action for Breach of Contract and Breach of the Covenant of Good Faith and Fair Dealing, respectively; and

WHEREAS, Defendant agrees to the filing of the proposed FAC, which is attached hereto as Exhibit 1.

## STIPULATION

NOW, THEREFORE, based on the foregoing, the Parties, by and through their counsel of record and subject to this Court's approval, hereby stipulate and agree as follows:

1. Plaintiff shall have leave to file the FAC attached hereto as Exhibit 1;
2. Plaintiff shall file the FAC as its own docket item within five (5) days after the Court's order approving this Stipulation;
3. Defendant shall have fourteen days (14) days after Plaintiff files the FAC as its own docket item to file a responsive pleading.

**SO STIPULATED.**

DATED: April 16, 2020                                  OLIVIER SCHREIBER & CHAO, LLP

By:   */s/ Katharine Chao*
           Katharine Chao
           Christian Schreiber

Attorneys for Plaintiff WINTON JEW

DATED: April 16, 2020

OGLETREE DEAKINS NASH SMOAK & STEWART P.C.

By:   /s/ J.P. Schreiber
Jennifer Santa Maria
Catherine Gallagher
J.P. Schreiber

Attorneys for Defendant FORCEPOINT LLC

**ATTESTATION PER CIVIL L.R. 5-1(i)(3)**

The ECF filer of this document hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 4/17/2020

Hon. Judge Haywood S. Gilliam, Jr.
United States District Judge