Katharine Chao (CA Bar No. 247571)
Christian Schreiber (CA Bar No. 245597)
OLIVIER SCHREIBER & CHAO, LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
kathy@osclegal.com, christian@osclegal.com
Tel.  (415) 484-0980
Fax  (415) 658-7758

*Attorneys for Plaintiff Winton Jew*

Lisa C. Hamasaki (CA Bar No. 197628)
J.P. Schreiber (CA Bar No. 317829)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
lisa.hamasaki@ogletree.com, john.schreiber@ogletree.com
Tel. (415) 442-4810
Fax (415) 442-4870

Catherine J. Gallagher (CA Bar No. 285864)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4370 La Jolla Village Drive, Suite 990
San Diego, CA  92122
catherine.gallagher@ogletree.com
Tel. (858) 652-3100
Fax (858) 625-3101

*Attorneys for Defendant Forcepoint LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINTON JEW,<br><br>          Plaintiff,<br><br>     v.<br><br>FORCEPOINT LLC,<br><br>          Defendant. | Case No. 4:19-cv-08013-HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

All parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the Dismissal With Prejudice of this action in its entirety, with each party to bear its own attorney's fees and costs.

Respectfully submitted,

DATE: July 31, 2020        OLIVIER SCHREIBER & CHAO LLP

By: /s/ Katharine Chao
     Katharine Chao

Attorneys for Plaintiff Winton Jew

DATE: July 31, 2020        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ J.P. Schreiber
     J.P. Schreiber

Attorneys for Defendant Forcepoint LLC

### ATTESTATION PER CIVIL L.R. 5-1(i)(3)

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATE: July 31, 2020        By: /s/ J.P. Schreiber
                                J.P. Schreiber

Attorneys for Defendant Forcepoint LLC

**[PROPOSED] ORDER**

The above stipulation is approved. This action is hereby dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

DATED: ___8/4/2020___

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT

43725482.1